CAROLINE M. ROBINSON, Respondent, *v.* HUBERT E.
ROGERS et al., Defendants, and LESLIE C. FERGUSON,
Appellant.

*Appeal — order appointing referee to determine amount of attorney's
lien — modification by Appellate Division — motion to dismiss appeal
denied.*

Reported below, 207 App. Div. 802.

(Argued November 19, 1923; decided November 27, 1923.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered October 11, 1923, which
modified and affirmed as modified an order of Special
Term appointing a referee to determine the amount of
an attorney's lien and directing him to surrender papers
upon the filing of a bond.

The motion was made upon the ground that the order

was interlocutory and that the Court of Appeals had no jurisdiction.

*Robert L. Redfield* for motion.

*Leslie C. Ferguson* opposed.

Motion denied, with ten dollars costs.